**Opinion issued September 29, 2020**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-20-00106-CV

———————————

**RICHARD MORAW AND JAMES PERRY, TRUSTEES OF THE SCOTT FAMILY TRUST (IRREVOCABLE), Appellants**

**V.**

**KATHRYN MULLEN, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 102448-CV**

## MEMORANDUM OPINION

Appellants, Richard Moraw and James Perry, Trustees of the Scott Family Trust (Irrevocable), have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). After being notified that this appeal was subject to dismissal, appellants notified the Court that no notice of appeal should have been filed and that the case

should be dismissed.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a),

42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Countiss.